UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL SABINO,

                Plaintiff,        21-cv-5731 (JGK)

   - against -                  ORDER

PORT AUTHORITY POLICE DEPARTMENT, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The parties should submit a Rule 26(f) report by 1/28/22.

The Clerk of Court is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            January 11, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                               United States District Judge