UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAUL SABINO,

                Plaintiff,

—against—

PORT AUTHORITY POLICE DEPARTMENT, ET AL.,

                Defendants.
------------------------------------------------------------------X

21-cv-05731 (JGK)

**[PROPOSED] ORDER**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

    The Superintendent or other official in charge of the AMKC (Anna M. Kross Correctional Facility) on Riker's Island shall on January 28, 2022, at 2:30 p.m., provide the plaintiff, Saul Sabino (Book and Case No. 349-210-1344), a private room with telephone service so that he may participate in a telephonic discovery conference with the defendants' counsel. Plaintiff Saul Sabino shall, on January 28, 2022, at 2:30 p.m., appear in the private room designated by the Superintendent or other official in charge of the AMKC (Anna M. Kross Correctional Facility) on Riker's Island to participate in the telephonic conference with the defendants' counsel. The parties shall use conference dial-in number is **877-336-4440** and enter access code **5458351**.

    Counsel to the Defendants is directed to: (1) serve a copy of this order on the Superintendent or other official in charge of the AMKC (Anna M. Kross Correctional Facility) on Riker's Island expeditiously; (2) contact the correctional facility to confirm its ability to connect the plaintiff to the conference at the number listed above at the time and date of the conference; and (3) make other arrangements for the plaintiff to connect to the conference at the date and time listed above, if the correctional facility is unable to dial into the conference line directly.

Dated:  New York, New York
          January 19, 2022

SO ORDERED:

_/s/ John G. Koeltl_
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

*The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket. So ordered. 1/20/22 /s/ John G. Koeltl, U.S.D.J.*

-1-