```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

SAUL SABINO,

                Plaintiff,        21-cv-5731 (JGK)

   - against -                 ORDER

PORT AUTHORITY POLICE DEPARTMENT ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The time to file a Rule 26(f) report is extended to **February 4, 2022.**

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note service on the docket.

SO ORDERED.

Dated:   New York, New York
          January 20, 2022

                                        John G. Koeltl
                             United States District Judge