UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL SABINO,

                      Plaintiff,

      -against-

PORT AUTHORITY POLICE
DEPARTMENT, ET AL.,

                      Defendants.

---

21-cv-5731 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The pro se plaintiff contacted Chambers alleging that he has been denied access to the law library by the relevant authorities at the Anna M. Kross Center on Riker's Island. The pro se plaintiff seeks an order from the Court directing those authorities to afford him access to the law library. The pro se plaintiff also indicated that he mailed letters to the Court that have been returned as undeliverable.

    The pro se plaintiff is directed to submit any current or future requests or motions, including his request relating to his access to the law library, in writing to the Court at the following address:

Attention: Pro Se Intake Unit
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

1

The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note service on the docket.

SO ORDERED.

Dated: February 10, 2022
      New York, New York

                                                  JOHN G. KOELTL
                                       United States District Judge