```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/22
```

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAUL SABINO,

                Plaintiff,

    —against—

PORT AUTHORITY POLICE DEPARTMENT, ET AL.,

                Defendants.
------------------------------------------------------------------------X

21-cv-05731 (JGK)(BCM)

~~[PROPOSED]~~ ORDER

BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE

      The Superintendent or other official in charge of the AMKC (Anna M. Kross Correctional Facility) on Riker's Island shall on both February 28, 2022, at 10:00 a.m., and March 28, 2022, at 10:00 a.m., provide the plaintiff, Saul Sabino (Book and Case No. 349-210-1344), a private room with a computer connected to the internet with audio and visual capabilities so that he may participate in virtual depositions with the defendants' counsel. Plaintiff Saul Sabino shall, on both February 28, 2022, at 10:00 a.m., and March 28, 2022, at 10:00 a.m., appear in the private room designated by the Superintendent or other official in charge of the AMKC (Anna M. Kross Correctional Facility) on Riker's Island to participate in the virtual depositions with the defendants' counsel.

      Counsel to the Defendants is directed to: (1) serve a copy of this order on the Superintendent or other official in charge of the AMKC (Anna M. Kross Correctional Facility) on Riker's Island expeditiously; (2) contact the correctional facility to confirm its ability to connect the plaintiff to the conference by a ZOOM Link to be provided at the time and date of the conference; and (3) make other arrangements for the plaintiff to connect to the conference at the date and time listed above, if the correctional facility is unable to dial into the conference line directly.

Dated:   New York, New York
           February 15, 2022

SO ORDERED:

_____
BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE

-1-