

March 3, 2022

**VIA ELECTRONIC FILING**

Hon. Barbara C. Moses, U.S.M.J.
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007-1312

**Re:** **Sabino v. Port Authority Police Department, *et al.*; Civ. No.: 21-cv-05731 (JGK)(BCM)**

Dear Judge Moses:

As you are aware, this office represents The Port Authority of New York and New Jersey, as well as police officers Joffre G. Cortez and John-Patrick Natiku (collectively, the "Defendants") in the above-referenced action. Included in Your Honor's Order, dated March 3, 2022 (D.E. 43) the parties were directed to attend a discovery and scheduling teleconference on March 28, 2022. I am writing to respectfully request that the teleconference be adjourned one day to 10:00 a.m. on March 29, 2022. This request does not seek to change any other dates in Your Honor's Order.

Respectfully submitted,

THE PORT AUTHORITY LAW DEPARTMENT

*/s/ David R. Kromm*
David R. Kromm, Esq.
212-435-3483

cc: Saul Sabino (*Pro Se Plaintiff*)
Book & Case No. 349-210-1344
AMKC
18-18 Hazen Street
East Elmhurst, New York 11370
(*via FedEx Express and regular mail*)

---

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2022

Application **GRANTED**. The discovery and scheduling teleconference previously scheduled for March 28, 2022 is **ADJOURNED** to **April 1, 2022 at 12:00 noon.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387#.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* plaintiff.

_____
Barbara Moses
United States Magistrate Judge
March 4, 2022