```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/8/22___
```

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAUL SABINO,

                        Plaintiff,

         —against—

PORT AUTHORITY POLICE DEPARTMENT, ET AL.,

                        Defendants.
------------------------------------------------------------------------X
BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE

21-cv-05731 (JGK)(BCM)

[PROPOSED] ORDER

       The Superintendent or other official in charge of the AMKC (Anna M. Kross Correctional Facility) on Riker's Island shall on April 1, 2022, at 12:00 p.m., provide the plaintiff, Saul Sabino (Book and Case No. 349-210-1344), a private room with telephone service so that he may participate in a discovery and scheduling teleconference with the Court and defendants' counsel.  Plaintiff Saul Sabino shall, on April 1, 2022, at 12:00 p.m., appear in the private room designated by the Superintendent or other official in charge of the AMKC (Anna M. Kross Correctional Facility) on Riker's Island to participate in the discovery and scheduling teleconference with the Court and defendants' counsel.  The parties shall use conference dial in number **1-888-557-8511** and enter access code **7746387#**.

       Counsel to the Defendants is directed to: (1) serve a copy of this order on the Superintendent or other official in charge of the AMKC (Anna M. Kross Correctional Facility) on Riker's Island expeditiously; (2) contact the correctional facility to confirm its ability to connect the plaintiff to the conference at the number listed above at the time and date of the conference; and (3) make other arrangements for the plaintiff to connect to the conference at the date and time listed above, if the correctional facility is unable to dial into the conference line directly.

Dated:    New York, New York
        ~~March 7, 2022~~
        March 8, 2022

SO ORDERED:

_____
BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE

-1-