UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL SABINO,

          Plaintiff,

   -against-

PORT AUTHORITY POLICE
DEPARTMENT, ET AL.,

          Defendants.

21-cv-5731 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants may file an opposition to the plaintiff's objections to Magistrate Judge Moses's April 1, 2022 Order by May 23, 2022.

The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:   New York, New York
         May 16, 2022

                                       John G. Koeltl
                                United States District Judge

1