UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

                      Plaintiff,

    -against-

PORT AUTHORITY POLICE
DEPARTMENT, ET AL.,

                      Defendants.

21-cv-5731 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On May 13, 2022, the plaintiff filed objections to Magistrate Judge Moses's April 1, 2022 Order. By Order dated May 16, 2022, the Court directed the defendants to file any opposition to the plaintiff's objections by May 23, 2022. The defendants have not yet filed any opposition.

    On May 26, 2022, the plaintiff re-filed his objections with new supplemental exhibits. ECF Nos. 57-58. The time for the defendants to respond to the plaintiff's objections is extended to June 10, 2022. If the defendants fail to file an opposition by that date, then the plaintiff's objections will be decided on the plaintiff's papers alone.

1

The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

**SO ORDERED.**

Dated:    **New York, New York**
            **May 27, 2022**

                                                      John G. Koeltl
                                          United States District Judge