UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendant.



21-CV-5731 (JGK) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff's second application to proceed *in forma pauperis*, filed on June 14, 2022 (Dkt. No. 63) is DENIED AS MOOT, in that his first such motion (Dkt. No. 2) was granted on August 9, 2021. (Dkt. No. 9.)

The Clerk of Court is respectfully directed to mail a copy of this Order, as well as the Order at Dkt. No. 9, to *pro se* plaintiff.

Dated: New York, New York
       June 15, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**