

June 29, 2022

<u>VIA ELECTRONIC FILING</u>

Hon. Barbara C. Moses, U.S.M.J.
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007-1312

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2022

Re:   <u>Sabino v. Port Authority Police Department, *et al.*; Civ. No.: 21-cv-05731 (JGK)(BCM)</u>

Dear Judge Moses:

As you are aware, this office represents The Port Authority of New York and New Jersey, as well as police officers Joffre G. Cortez and John-Patrick Natiku (collectively, the "Defendants") in the above-referenced action. On April 1, 2022, the Court set a discovery end date of June 30, 2022, and a conference call with the Court for all parties on July 6, 2022. On June 16, 2022, Defendants filed a status update letter and request to extend the discovery deadline until August 31, 2022. On June 21, 2022, the Court granted Defendants' request for an extension. Defendants also respectfully request an adjournment of the July 6th conference call with the Court until a date at the Court's convenience in early September which will allow the parties time to complete discovery.

Respectfully submitted,

THE PORT AUTHORITY LAW DEPARTMENT

*[signature]*

David R. Kromm, Esq.
212-435-3483

cc:   Saul Sabino (*Pro Se Plaintiff*)
      Book & Case No. 349-210-1344
      AMKC
      18-18 Hazen Street
      East Elmhurst, New York 11370
      (*via FedEx Express and regular mail*)

> Application GRANTED. The July 6, 2022 conference is ADJOURNED to **September 19, 2022 at 11:00 a.m.** The parties shall dial (888) 557-8511 and enter the access code 7746387# at the scheduled time. No later than **September 12, 2022**, after conferring with plaintiff, defendants shall submit a status letter updating the Court on the progress of discovery and informing the Court about any discovery or other disputes that require judicial intervention. SO ORDERED.
>
> *[signature]*
>
> BARBARA MOSES
> United States Magistrate Judge
> June 30, 2022