UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL SABINO,

                     Plaintiff,

    -against-

PORT AUTHORITY POLICE
DEPARTMENT, ET AL.,

                    Defendants.

21-cv-5731 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is currently being prosecuted in the New York State Supreme Court, Criminal Term for alleged offenses that relate to the facts and circumstances that are discussed in the plaintiff's complaint in this action. See People v. Sabino, No. 1504-2020 (N.Y. Sup. Ct.) (the "State Criminal Proceeding"). The plaintiff now moves for a preliminary injunction against the State Criminal Proceeding in aid of his application to remove that case to this Court. However, in a Memorandum Opinion and Order dated July 5, 2022, the Court already remanded the State Criminal Proceeding to the New York State Supreme Court, Criminal Term. ECF No. 71. Any preliminary injunction against the State Criminal Proceeding is therefore unnecessary and unwarranted. For these reasons, the plaintiff's motion for a preliminary injunction is **denied.**

1

The Clerk is directed to close Docket No. 72. The Clerk is further directed to mail a copy of this Order to the plaintiff and to note service on the docket.

**SO ORDERED.**

Dated:   New York, New York
        July 16, 2022

                                        John G. Koeltl
                                        United States District Judge