

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

              Plaintiff,

-against-

PORT AUTHORITY POLICE
DEPARTMENT, et al.,

              Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Superintendent or other official in charge of the Anna M. Kross Correctional Facility on Riker's Island (AMKC) shall on **September 19, 2022, at 11:00 a.m.**, provide the plaintiff, Saul Sabino (Book and Case No. 349-210-1344), a private room with telephone service so that he may participate in a required telephonic conference with the Court and defendants' counsel. Plaintiff Saul Sabino shall, on **September 19, 2022, at 11:00 a.m.**, appear in the private room designated by the Superintendent or other official in charge of the AMKC to participate in the telephonic conference with defendants' counsel. **The parties shall use conference dial-in number (888) 557-8511 and enter access code 7746387.**

    Counsel to defendants is directed to: (1) serve a copy of this order on the Superintendent or other official in charge of the AMKC expeditiously; (2) contact the correctional facility to confirm its ability to connect the plaintiff to the conference at the number listed above at the time and date of the conference; and (3) make other arrangements for the plaintiff to connect to the conference at the date and time listed above, if the correctional facility is unable to dial into the conference line directly.

Dated: New York, New York
       September 9, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**