UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-5731 (JGK) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's status conference, it is hereby ORDERED that:

1. <u>Fact Discovery</u>. The fact discovery deadline is EXTENDED to **November 18, 2022**.

2. <u>Status Conference</u>. The next status conference will take place on **November 15, 2022 at 10:00 a.m.** The parties shall dial (888) 557-8511 and enter the access code 7746387# at the scheduled time. In anticipation of that conference, the Court will issue an appropriate order to the Superintendent of the Anna M. Kross Correctional Facility. No later than **November 9, 2022**, after conferring with plaintiff, defendants shall submit a status letter updating the Court on the progress of discovery and informing the Court about any discovery or other disputes that require judicial intervention.

3. <u>Subpoenas</u>. The plaintiff has now executed unrestricted medical releases. In the event that defendants encounter further difficulties in obtaining plaintiff's relevant medical records, defendants may once again request a judicial subpoena.

Dated: New York, New York
       September 19, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**