

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE
DEPARTMENT, et al.,

        Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    A status conference was scheduled in this matter for today, November 15, 2022, at 10:00 a.m. Plaintiff, who is detained at Rikers's Island, did not dial in to the Court's conference line. At 10:30 a.m., the Court cancelled the conference. Shortly thereafter, plaintiff called Chambers to report that Riker's Island correction officers had failed to produce him, as required, to a room with a telephone that permitted him to access the conference line.

    It is hereby ORDERED that the status conference is RESCHEDULED to **November 30, 2022, at 10:00 a.m.** At the rescheduled conference, the Court will, if necessary, extend the discovery deadline.

    It is further ORDERED that the Superintendent or other official in charge of the George R. Vierno Center on Riker's Island (GRVC) shall on **November 30, 2022, at 9:45 a.m.**, provide the plaintiff, Saul Sabino (Book and Case No. 349-210-1344), a private room with telephone service so that he may participate in a required telephonic conference with the Court and defendants' counsel. Plaintiff Saul Sabino shall, on **November 30, 2022, at 9:45 a.m.**, appear in the private room designated by the Superintendent or other official in charge of the GRVC to participate in the telephonic conference with defendants' counsel. **The parties shall use conference dial-in number (888) 557-8511 and enter access code 7746387.**

It is further ORDERED that plaintiff's motion at Dkt. 92 is DENIED as moot, as the motion and declaration (Dkt. 93) are identical to those filed at Dkts. 88 and 89, which the Court already denied on November 2, 2022. (Dkt. 91.)

Counsel to defendants is directed to: (1) serve a copy of this order on the Superintendent or other official in charge of the GRVC expeditiously; (2) contact the correctional facility to confirm its ability to connect the plaintiff to the conference at the number listed above at the time and date of the conference; and (3) make other arrangements for the plaintiff to connect to the conference at the date and time listed above, if the correctional facility is unable to dial into the conference line directly.

The Clerk of Court is respectfully directed to close the motion at Dkt. 92.

Dated: New York, New York
       November 15, 2022                    SO ORDERED.

                                            _____
                                            **BARBARA MOSES**
                                            **United States Magistrate Judge**