

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

    Plaintiff,

 -against-

PORT AUTHORITY POLICE
DEPARTMENT, et al.,

    Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

  The Court received plaintiff's latest submission, dated October 18, 2022, today by mail. Plaintiff is reminded that he is required to submit documents for filing **to the Pro Se Intake Unit, not directly to Judge Moses**. Documents must be clearly captioned with the title and docket number of this case and addressed as follows:

  Pro Se Intake Unit, Room 105
  Thurgood Marshall United States Courthouse
  40 Foley Square
  New York, NY 10007

As a courtesy to plaintiff, my chambers staff delivered his latest submission to the Pro Se Intake Unit for filing. We are under no obligation to do so, and will not do so again.

Dated: New York, New York
   November 28, 2022    SO ORDERED.

               _____
               **BARBARA MOSES**
               **United States Magistrate Judge**