```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

           Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

           Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Saul Sabino is scheduled to be deposed in this matter on December 14, 2022, and December 20, 2022. It is hereby ORDERED that the Superintendent or other official in charge of the George R. Vierno Center on Riker's Island (GRVC) shall on **December 14, 2022, and December 20, 2022, at 8:45 a.m.**, provide the plaintiff, Saul Sabino (Book and Case No. 349-210-1344), a private room with telephone service so that he may participate in the deposition with defendants' counsel. **Due to the nature of the proceeding, plaintiff must be provided with a private room protected from excessive background noise**.

    Counsel to defendants is directed to: (1) serve a copy of this order on the Superintendent or other official in charge of the GRVC expeditiously; (2) contact the correctional facility to confirm its ability to connect the plaintiff to the platform defendants intend to use for the deposition; and (3) make any other arrangements necessary for the plaintiff to connect to the deposition platform.

Dated: New York, New York
       November 30, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**