```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    A status conference is scheduled in this matter on **January 10, 2023 at 11:00 a.m.** It is hereby ORDERED that the Superintendent or other official in charge of the George R. Vierno Center on Riker's Island (GRVC) shall on **January 10, 2023, at 10:45 a.m.**, provide the plaintiff, Saul Sabino (Book and Case No. 349-210-1344), a private room with telephone service so that he may participate in a required telephonic conference with the Court and defendants' counsel.

    Counsel to defendants is directed to: (1) serve a copy of this order on the Superintendent or other official in charge of the GRVC expeditiously; (2) contact the correctional facility to confirm its ability to connect the plaintiff to the conference at the number listed above at the time and date of the conference; and (3) make other arrangements for the plaintiff to connect to the conference at the date and time listed above, if the correctional facility is unable to dial into the conference line directly.

Dated: New York, New York
       November 30, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**