UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during yesterday's telephonic conference:

It is hereby ORDERED that defendants' motion at Dkt. 113 is GRANTED to the extent that, upon submission by defendant of appropriate documentary evidence of plaintiff's prior convictions, the Court will deem those facts as established for purposes of this action. *See* Fed. R. Civ. P. 37(b)(2)(A)(i). Defendants shall submit such documentary evidence no later than **January 26, 2023**. This Order is without prejudice to any party's rights concerning the admissibility of those convictions at trial.

It is further ORDERED that the next status conference will be on **April 11, 2023, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. Plaintiff is reminded that upon his anticipated release from custody he must *promptly* inform the Court, in writing, of his new mailing address, telephone number, and email address, if any.

Dated: New York, New York
      January 13, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**