

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's Second Amended Complaint, filed on January 19, 2023. (Dkt. 119.) Because plaintiff's time to amend his complaint as of right has long since expired, the Court construes this filing as a motion for leave to amend. Defendants shall respond no later than **February 2, 2023**.

Dated: New York, New York
       January 23, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**