

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On January 19, 2023, plaintiff filed a proposed amended complaint (docketed as a Second Amended Complaint) (Dkt. 119), which the Court construed as a motion for leave to amend. (Dkt. 120.) On February 2, 2023, the current defendants (Port Authority Police Department and two PAPD officers) filed a letter-brief in opposition to the motion for leave to amend. (Dkt. 125.) On February 6, 2023, plaintiff filed another version of his proposed amended complaint (docketed as a Third Amended Complaint). (Dkt. 126.) Upon review, it appears that the two documents are largely identical, except that some pages are included in only one version. (No pages appear to be missing altogether.)

    If defendants wish to file an updated response, in light of the February 6, 2023 version of the pleading, they may do so later than **February 15, 2023**. Plaintiff shall file his reply no later than **March 15, 2023**. In his reply, plaintiff must respond to defendants' arguments. To the extent he seeks to add new claims against new defendants (Marshalls of New York Department Store and its personnel), he must also explain why he should be permitted to do so at this late stage of his case against the PAPD.

Dated: New York, New York
       February 8, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**