UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL SABINO,

           Plaintiff,        21-cv-5731 (JGK)

   - against -           ORDER

PORT AUTHORITY POLICE DEPARTMENT,
ET AL.,

           Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the defendants' letter in opposition to the plaintiff's motion for leave to amend his complaint. ECF No. 141; see ECF Nos. 119, 126 (proposed amended complaints); ECF No. 139 (plaintiff's declaration in support of the proposed amendments). The plaintiff may reply to the defendants' opposition by **April 28, 2023**.

    The Clerk is respectfully directed to mail a copy of this Order and of the defendants' letter, ECF No. 141, to the pro se plaintiff at the Elmira Correctional Facility address listed on the docket.

SO ORDERED.

Dated:    New York, New York
           April 6, 2023

                                        John G. Koeltl
                              United States District Judge