UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL SABINO,

                    Plaintiff,         21-cv-5731 (JGK)

     - against -               ORDER

PORT AUTHORITY POLICE DEPARTMENT,
ET AL.,

                    Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the plaintiff's letter dated April 13, 2023 (ECF No. 150), which requests an extension of the reply deadline set in this Court's April 6, 2023 Order (ECF No. 146). The reply deadline in question was already extended from April 28, 2023, to **May 17, 2023**, in the Magistrate Judge's April 17, 2023 Order (ECF No. 149). Accordingly, the plaintiff's April 13, 2023 letter request is **denied** without prejudice as moot. The plaintiff may request an additional extension of the May 17, 2023 deadline if necessary.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

Dated:    **New York, New York**
            **April 26, 2023**

                                                           /s/ John G. Koeltl
                                                    John G. Koeltl
                                           **United States District Judge**