UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

               Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

               Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

**MEMO ENDORSED**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed during today's telephonic status conference, defendants' counsel shall make another request for the transcripts of plaintiff's state court criminal proceedings on November 1, 2021 and January 10, 2023.

    Plaintiff is reminded that his deadline to make corrections to his deposition transcript and to serve his reply brief in further support of his motion to amend his complaint is **May 17, 2023**.

    Plaintiff is further reminded that upon his release from custody, it is his responsibility to inform the Court, in writing, of his updated address and contact information. A copy of the appropriate form (Notice of Change of Address) is attached to this Order for plaintiff's benefit.

    After plaintiff has been released from custody, and after the district judge has ruled on plaintiff's motion for leave to amend his complaint, a further status conference will be scheduled to determine what, if any, discovery remains to be completed.

Dated: New York, New York
       May 1, 2023               SO ORDERED.

                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2023

IH-34                                                                                                          Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

_____CV_____ (_____)(_____)

-against-

NOTICE OF CHANGE OF ADDRESS

_____

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____
Address          City          State          Zip Code

_____
Telephone Number          E-mail Address (if available)

_____
Date          Signature