UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-05731 (JGK) (BCM)

**ORDER**

---

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter-motion dated June 20, 2023 (June 20 Mot.) (Dkt. 166), requesting that the Court further extend his deadlines (i) to serve his reply brief in further support of his motion to further amend his complaint; and (ii) to make corrections to his deposition transcript. Plaintiff asserts that since he arrived at the Franklin Correctional Facility on June 8, 2023, that facility has been on a "war-zone-shut-down-status," during which he had had no access to the law library. June 20 Mot. at 1, 2. The motion is GRANTED IN PART and DENIED IN PART, as follows:

    1.    <u>**Plaintiff's Deadline to File His Reply Brief is Extended to July 31, 2023**</u>.

    The Court has already extended plaintiff's deadline to serve his reply brief in further support of his motion to further amend his complaint four times: to April 28, 2023 (Dkt. 146), then to May 17, 2023 (Dkt. 149), then to June 16, 2023 (Dkt. 157), and, most recently, to June 30, 2023, at which point the Court warned that no further extensions would be granted "absent compelling circumstances." (Dkt. 162.) The Court notes that the third extension, to June 16, 2023, was granted in response to a letter-motion in which plaintiff assured the Court that he was seeking a "Final Extension of time." (Dkt. 154.) Since then, he has made four more extension requests. (*See* Dkts. 161, 163, 165, 166.) Nonetheless, in light of plaintiff's frequent transfers among correctional

facilities and claimed lack of law library access, his deadline to file his reply papers in further support of his motion to further amend his complaint is EXTENDED by 30 days to **July 31, 2023**. Plaintiff is advised that this is the **final extension** he will be granted with respect to this deadline.

2. **Plaintiff's Deadline to Correct His Transcripts Remains June 30, 2023.**

The Court has already extended plaintiff's deadline to make corrections to his deposition transcript four times: to April 17, 2023 (Dkt. 138), then to May 17, 2023 (Dkt. 149), then to June 16, 2023 (Dkt. 157), and, most recently, to June 30, 2023, at which point the Court explained that no further extensions would be granted "absent compelling circumstances."(Dkt. 162.) Moreover making corrections to a deposition transcript does not require access to a law library. Consequently, the Court declines to further extend plaintiff's deadline to do so.

Dated: New York, New York
       June 26, 2023                       SO ORDERED.

                                           _____
                                           **BARBARA MOSES**
                                           **United States Magistrate Judge**

2