UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

                Plaintiff,          21-cv-5731 (JGK)

      - against -             ORDER

PORT AUTHORITY POLICE DEPARTMENT,
ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiff has filed a submission styled as a "Notice of Interlocutory Appeal." ECF No. 175. To the extent this application for leave to file an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) is directed to this Court, the application is **denied**.

    A district court may certify an interlocutory appeal of an order only if the court determines that (1) "such order involves a controlling question of law" (2) "as to which there is substantial ground for difference of opinion," and that (3) "an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). Such "[i]nterlocutory review is strictly reserved for exceptional cases." In re Facebook, Inc., IPO Sec. & Derivative Litig., 986 F. Supp. 2d 524, 533 (S.D.N.Y. 2014).

    The plaintiff has failed to meet any of these requirements for certification of an interlocutory appeal. Accordingly, the application for leave to file an interlocutory appeal is **denied**.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

Dated:   New York, New York
         September 11, 2023

_____
John G. Koeltl
United States District Judge