```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-5731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On July 10, 2023, plaintiff filed a Notice of Motion (Dkt. 169) requesting that the Court "take[e] full judicial notice of attached Exhibit(s) as Offers of Proof(s), Exhibits Nos. 1-to-4." No exhibits were attached. Three months later, on October 11, 2023, plaintiff filed a letter-motion attaching "five injury photos" and requesting, among other things, that the Court take judicial notice of those photos. (Dkt. 181.) By Order dated October 17, 2023 (October 17 Order) (Dkt. 182), the Court denied the October 11, 2023 motion. As explained in the October 17 Order, a federal district court can take judicial notice of *facts*, but only when such facts are "not subject to reasonable dispute," either because they are "generally known within the trial court's territorial jurisdiction" or because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). The party requesting that judicial notice be taken must supply the Court with the "necessary information." Fed. R. Civ. P. 201(c).

    In his July 10, 2023 motion, plaintiff does not describe any judicially-noticeable facts. Nor does he provide the Court with any supporting sources. Consequently, plaintiff's motion at Dkt. 169 is hereby DENIED.

Dated: New York, New York
       June 20, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**