USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-5731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On August 7, 2024, the Hon. John G. Koeltl, United States District Judge, granted in part and denied in part plaintiff's motion for leave to file a further amended complaint, and directed defendants to respond to plaintiff's additional state law claims for assault and battery. (Dkt. 185.) It is hereby ORDERED that plaintiff's third amended complaint (Dkt. 126) is deemed filed as of the date of the district judge's order. Consequently, defendants must respond to the Third Amended Complaint (as limited by the district judge's order) no later than **August 21, 2024**. *See* Fed. R. Civ. P. 15(a)(3).

    All pending motions having been resolved, and the time within which discovery was to be completed having long run (*see* Dkt. 35), the undersigned magistrate judge will hold a status conference on **September 16, 2024**, at **10:00 a.m**. in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 to determine what (if anything) remains to be done before summary judgment or trial. No later than **September 9, 2024**, after consultation with plaintiff, defendants shall file a status letter addressing this issue.

Dated: New York, New York
       August 9, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**