```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

  -against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-5731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's status conference, it is hereby ORDERED that:

1. Fact discovery is extended to **November 15, 2024**, for the limited purpose of permitting plaintiff to conduct the depositions of Port Authority Police Department officers Joffre G. Cortez and John-Patrick Natiku.

2. The Court will hold a status conference on **November 19, 2024**, at **11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. No later than **November 12, 2024**, after meeting and conferring with plaintiff, defendants must submit a letter updating the Court concerning the status of discovery and alerting the Court to any unresolved discovery or scheduling issues.

3. Motions for summary judgment must be filed no later than **December 16, 2024**.

4. Defendants are directed to promptly communicate to plaintiff the availability of Officer Cortez for deposition.

Dated: New York, New York
      September 16, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**