```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

  -against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-5731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Fact discovery closed on November 15, 2024. *See* 9/16/24 Order (Dkt. 190) ¶ 1. An in-person conference was scheduled for 11:00 this morning. *See id.* ¶ 2. Defendants appeared through counsel. The pro se plaintiff, Saul Sabino, telephoned chambers to advise that he would be late, but as of 12:38 p.m. still had not arrived. At that point (one hour and 38 minutes past the scheduled start time), the Court convened the conference. Defendants' counsel thereupon advised that although plaintiff previously expressed an interest in conducting the depositions of Officers Cortez and Natiku via written questions (*see* Dkt. 192), no written questions have been served upon defendants as required by Fed. R. Civ. P. 31(a)(3).

    Because plaintiff has failed to demonstrate good cause to reopen the fact discovery schedule, *see* Fed. R. Civ. P. 16(b)(4), no changes will be made to the existing pretrial schedule. Summary judgment motions remain due **December 16, 2024**. *See* 9/16/24 Order ¶ 3.

Dated: New York, New York
       November 19, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**