USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/21/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAUL SABINO,

        Plaintiff,

-against-

PORT AUTHORITY POLICE DEPARTMENT, et al.,

        Defendants.

21-CV-5731 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff has requested a "second status conference" (*see* Dkt. 195), but does not disclose what substantive relief, if any, he seeks. Consequently, plaintiff's application is DENIED without prejudice. If plaintiff renews his request for a conference, he must explain the purpose of the conference and advise the Court what order or other judicial action he seeks.

If plaintiff seeks leave to conduct depositions, notwithstanding that the deadline to complete fact discovery has passed, he must demonstrate "good cause" for the Court to reopen the discovery period. *See* Fed. R. Civ. P. 16(b)(4). To demonstrate good cause, a party must show that he acted with "diligence" in attempting to comply with the existing scheduling order. *Ramchandani v. CitiBank Nat'l Ass'n*, 616 F. Supp. 3d 353, 357 (S.D.N.Y. 2022); *Ritchie Risk-Linked Strategies Trading (Ireland), Ltd. v. Coventry First LLC*, 282 F.R.D. 76, 79 (S.D.N.Y. 2012). The burden of demonstrating good cause rests with the movant. *Ritchie Risk-Linked Strategies Trading*, 282 F.R.D. at 79.

Dated: New York, New York
      November 21, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**