

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2025

December 16, 2024

**MEMO ENDORSED**

**VIA ELECTRONIC FILING**

Hon. Barbara C. Moses, U.S.M.J.
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007-1312

Re: **Sabino v. Port Authority Police Department, *et al.*; Civ. No.: 21-cv-05731 (JGK)(BCM)**

Dear Judge Moses:

As you are aware, this office represents The Port Authority of New York and New Jersey, as well as police officers Joffre G. Cortez and John-Patrick Natiku (collectively, the "Defendants") in the above-referenced action. I write respectfully to request leave of the Court to file two exhibits under seal in connection with the summary judgment motion being filed by Defendants today. Both of the exhibits, which are denoted as Exhibits "O" and "P(1)," contain plaintiff's medical and psychiatric records as well as sensitive personal information, which it is presumed plaintiff would like to maintain confidential.

I thank the Court for its consideration herein.

Respectfully submitted,

PORT AUTHORITY LAW DEPARTMENT

David R. Kromm, Esq.
212-435-3483

cc: Saul Sabino (*Pro Se Plaintiff*)
338 Wilson Avenue, 2nd Fl.
Brooklyn, New York 11221
(*via FedEx Express*)

> Defendant's unopposed motion to seal is GRANTED. The parties' filings at Dkts. 203 and 204 shall remain under seal. The Clerk of Court is respectfully directed to close the motion at Dkt. 197. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> January 3, 2025