UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAUL SABINO,

                Plaintiff,        21-cv-5731 (JGK)

  - against -                ORDER

PORT AUTHORITY POLICE DEPARTMENT,
ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The docket should be updated to add the following additional address for the pro se plaintiff:

> Saul Sabino
> Promesa Acacia Network
> 1776 Clay Ave., 2nd Floor
> Bronx, NY 10457

The plaintiff's current listed address should also be retained.

The plaintiff should respond to the motion for summary judgment by **February 26, 2025**. The defendants should reply by **March 12, 2025**.

The Clerk is respectfully requested to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.
Dated:    New York, New York
           February 5, 2025

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                         United States District Judge