```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
SAUL SABINO,
                    Plaintiff,           21-cv-5731 (JGK)

        - against -                      ORDER

PORT AUTHORITY POLICE DEPARTMENT, ET
AL.,
                    Defendants.
---------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The plaintiff should respond to the motion for summary judgment by **May 5, 2025.** If the plaintiff does not respond by May 5, 2025, the motion will be treated as unopposed. The defendants should reply by **May 17, 2025.**

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff at his address:

> Saul Sabino
> 441-250-1361 E.M.T.C.
> 10-10 Hazen St.
> East Elmhurst, N.Y. 11370

As well as at his alternate address:

> Saul Sabino
> 1225 Eastern Parkway
> Apt. 3C
> Brooklyn, N.Y. 11213

The Clerk should note the mailing on the docket.

SO ORDERED.
Dated:   New York, New York
         April 14, 2025

                                    _____
                                    John G. Koeltl
                                    United States District Judge