## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
SAUL SABINO,,

        Plaintiff,                  21 **CIVIL** 5731 (JGK)

-against-                  **JUDGMENT**

PORT AUTHORITY POLICE DEPARTMENT, ET AL.,

        Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 7, 2025, defendants' motion for summary judgment is granted. Judgment is entered dismissing this action with prejudice.

**Dated:** New York, New York

    May 8, 2025

                                      **TAMMI M. HELLWIG**
                                         **Clerk of Court**

              **BY:**

                                           **Deputy Clerk**